IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>-v-<br><br>OOGIE'S SNACKS LLC,<br><br>                    Defendant. | Civil Case Number: 1:21-cv-00847-KPF |

### DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 14, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-00847-KPF**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED this 14th day of April 2021.**

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

The Court has separately confirmed with Plaintiff's counsel by email that this case is dismissed with prejudice only as to Plaintiff Ramon Jaquez, and not as to the putative class members. Accordingly, the Clerk of Court is directed to amend the case caption to reflect that this case is dismissed with prejudice as to Plaintiff Jaquez, and without prejudice as to "all others similarly situated."